## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00961-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

JASON COMPTON, #122779

      Plaintiff,

v.

RANDY LIND, AVCF WARDEN,
RANDY MALDEN, Case Manager III,
MR. SPARKS, Case Manager Unit One, and
RICK RAEMISCH, CDOC Director,

      Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

      On April 3, 2014, Plaintiff submitted a Prisoner Complaint.  As part of the Court's

review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the

documents are deficient as described in this Order.  Plaintiff will be directed to cure the

following if he wishes to pursue any claims in this Court in this action.  Any papers that

Plaintiff files in response to this Order must include the civil action number on this

Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   <u>X</u>   is not submitted
(2)   ___   is missing affidavit
(3)   ___   prisoner's trust fund statement is not certified
(4)   <u>X</u>   is missing certified copy of prisoner's trust fund statement for the **6-month
        period immediately preceding** the filing of this action
(5)   ___   is missing required financial information
(6)   ___   is missing authorization to calculate and disburse filing fee payments

(7)   __   is missing an original signature by the prisoner
(8)   __   is not on proper form
(9)   __   names in caption do not match names in caption of complaint, petition or
           habeas application
(10)  __   other: _____

**Complaint, Petition or Application**:

(11)  __   is not submitted
(12)  __   is not on proper form
(13)  __   is missing an original signature by the prisoner
(14)  __   is missing page nos. ___
(15)  __   uses et al. instead of listing all parties in caption
(16)  __   names in caption do not match names in text
(17)  __   addresses must be provided for all defendants/respondents in "Section A.
           Parties" of complaint, petition or habeas application
(18)  __   other: Plaintiff has not completed all sections of the form

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**days from the date of this Order**.  Any papers that Plaintiff files in response to this

Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (revised

10/1/12) (with the assistance of his case manager or the facility's legal assistant), along

with the applicable instructions, at www.cod.uscourts.gov.  Use of Court-approved forms

are required to cure

deficiencies.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty days from the date of this Order**, the action will be dismissed without

further notice.   It is

DATED April 4, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge